# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

MATTHEW DENDY, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

CITY OF FLORENCE, ALABAMA,
et al.

    Defendants.

Civil Action Number:
3:08-cv-0340-PWG

## O R D E R

On May 6, 2010, the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The court ORDERS that the motion to dismiss filed by defendants Lauderdale County, Sheriff Ronnie Willis and Jackie Keenum is DENIED AS MOOT.

DONE and ORDERED this 7th day of June 2010.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE